UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Criminal No. 7:03-CR-103-F
Civil No. 7:10-CV-169-F

NICHOLAS SHAMAR GRIFFIN          )
                    Petitioner,  )
                                 )
        v.                       )          O R D E R
                                 )
UNITED STATES OF AMERICA,        )
                    Respondent.  )


Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules

Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time, the

United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255

Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion

to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED.

This the 20th day of October , 2010.

                                    _James C. Fox_____
                                    James C. Fox
                                    Senior United States District Judge