IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:03-CR-103-F-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | **(SEALED)** |
| NICHOLAS SHAMAR GRIFFIN | ) | |

This matter is before the court on Defendant Nicholas Shamar Griffin's Motion to Seal [DE-108]. For good cause shown, the motion is ALLOWED. The Clerk of Court is DIRECTED to file and to maintain under seal the document [DE-107].

SO ORDERED.

This, the 18 day of June, 2015.

JAMES C. FOX
Senior United States District Judge