# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Nicholas Shamar Griffin | )<br>)<br>)<br>) Case No: 7:03-CR-103-1F<br>) USM No: 23590-056 |
| Date of Original Judgment: June 21, 2004<br>Date of Previous Amended Judgment: July 16, 2009<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Laura Wasco<br>Defendant's Attorney |

## AMENDED ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 149 months **is reduced to** 110 as to Counts 1 and 3*
*to run concurrent. Count 2 remains 60 months, consecutive.

THIS AMENDED ORDER WAS ISSUED TO CORRECT A CLERICAL ERROR.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated June 21, 2004, and July 16, 2009, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 6/24/15

*James C. Fox*
Judge's signature

Effective Date: _____
*(if different from order date)*

James C. Fox, Senior U.S. District Judge
Printed name and title

EDNC Rev. 11/8/2011

This page contains information that should not be filed in court unless under seal.
*(Not for Public Disclosure)*

## AMENDED ORDER

DEFENDANT: Nicholas Shamar Griffin
CASE NUMBER: 7:03-CR-103-1F
DISTRICT: Eastern District of North Carolina

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 30          Amended Total Offense Level: 26
Criminal History Category: V              Criminal History Category: V
Previous Guideline Range: 151 to 188 months   Amended Guideline Range: 110 to 137 months

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] The reduced sentence is above the amended guideline range.

### III. ADDITIONAL COMMENTS

Count 2 remains 60 months, consecutive.

EDNC 7/26/2012